IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHERYL JOHNSON, et al. | : | |
| | : | |
| v. | : | NO. 21-CV-5541 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |

**O R D E R**

AND NOW, this 6th day of January, 2026, upon consideration of the Petition for Approval of Minors' Compromise filed by Petitioners Cheryl Johnson, and Jonathan J. James, Esquire, docketed as ECF Doc. No. 53, and for good cause shown, it is hereby ORDERED as follows:

1. The Petition is GRANTED.

2. The proposed global settlement in the total amount of $60,000.00 allocated for minor Plaintiff S.M., is APPROVED as fair, reasonable, and in the best interests of the minor Plaintiffs S.M.

3. The allocation and distribution of the gross settlement proceeds is APPROVED as follows: a. $19,729.17 to Petitioners' counsel, Jonathan J. James, Esquire, and James, Schwartz, and Associates, P.C., as attorneys' fees; b. $812.50 to reimburse counsel for advanced costs and expenses; c, the remaining $39,458.33 to be allocated for minor Plaintiff, S.M., under the Pennsylvania Wrongful Death Act.

4. The net proceeds allocated to minor Plaintiff S.M., ($39,458.33) shall be deposited into separate interest-bearing, federally insured blocked accounts at a financial institution approved by the Court, in the name of the minor, with the respective natural guardian Cheryl Johnson for S.M., as custodian. No withdrawals from these accounts shall be

permitted until the minor reaches the age of 18, except upon further order of this Court for demonstrated necessity, such as educational or medical needs. Petitioners shall file proof of such deposits with the Court within 30 days of receipt of the funds.

5. Petitioners Cheryl Johnson and Jonathan J. James, Esquire, are AUTHORIZED to execute all necessary releases, settlement agreements, and other documents required to effectuate the settlement on behalf of the minor Plaintiff and the Estate.

6. Upon receipt and distribution of the settlement funds as approved herein, the parties shall file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this action shall be dismissed with prejudice.

7. The Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of this Order.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE